IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| ALFRED DAVIS | § | |
| VS. | § | CIVIL ACTION NO. 5:08cv39 |
| DIRECTOR, TDCJ-CID | § | |

FINAL JUDGMENT

This action came on before the Court, and the issues having been duly considered and a decision duly rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DENIED.**

All motions not previously ruled on are **DENIED.**

SIGNED this 16th day of May, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE